# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

TORBEN KJAER SOENDERGAARD,

    Petitioner,

v.                                        Case No. 3:23-cv-499-TJC-PDB

SECRETARY OF THE U.S.
DEPARTMENT OF HOMELAND
SECURITY, et al.,

    Respondents.

## ORDER

Respondents' Consent Motion to Stay Proceedings (Doc. 12) is **GRANTED to the extent** that the case is **STAYED**. Within **5 days** of the Eleventh Circuit Court's resolution of Petitioner's pending motion for stay of removal, Respondents shall file a notice advising this Court of the appellate court's decision and how they wish to proceed.

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of July, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

caw 7/5
c:
Counsel of Record