# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

TORBEN KJAER SOENDERGAARD,

        Petitioner,

v.                                                               Case No. 3:23-cv-499-TJC-PDB

SECRETARY OF THE U.S.
DEPARTMENT OF HOMELAND
SECURITY, et al.,

        Respondents.

## ORDER

In light of Respondents' Notice (Doc. 14), the stay is **LIFTED**. Respondents shall respond to the Petition and show cause why the Petition should not be granted in compliance with the Court's Order (Doc. 4) by **August 4, 2023**. After Respondents file a response, Petitioner shall have **30 days** to file his reply to Respondents' response.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of July, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

caw 7/26
c:
Counsel of Record

2